Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

-and-

Patrick L. Robson
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 S. Tyson Street, Suite 3500
Charlotte, North Carolina 28280
(704) 378-4700
probson@hunton.com

*Attorneys for Defendant Wachovia Bank, National Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| DAN SHAKED, Individually and on behalf of a class, | : : : |
| Plaintiffs, | : : |
| -against- | 08-CV-6984 (SCR)(LMS) ECF Case |
| WACHOVIA BANK, N.A., | : : : |
| Defendant. | : |

-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, Shawn Patrick Regan hereby appears on behalf of Defendant Wachovia Bank, National Association, in the above-captioned action. All papers in this action shall be served upon Shawn Patrick Regan.

Dated: August 26, 2008
      New York, New York

                                     HUNTON & WILLIAMS LLP

By: /s/ Shawn Patrick Regan
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

-and-

Patrick L. Robson
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 S. Tyson Street, Suite 3500
Charlotte, North Carolina 28280
(704) 378-4700
probson@hunton.com

*Attorneys for Defendant Wachovia Bank, National Association*

TO:    Abraham Kleinman, Esq.
        KLEINMAN LLC
        626 RexCorp Plaza
        Uniondale, New York 11556-0626
        (516) 522-2621

        Daniel A. Edelman, Esq.
        Cathleen M. Combs, Esq.
        EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, Illinois 60603
        (312) 739-4200

        *Attorneys for Plaintiffs*

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Wachovia Bank, National Association.

That on August 26, 2008, I served a true copy of the attached Notice of Appearance on counsel of record listed below via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008.

Raymond E. Galbraith

TO: Abraham Kleinman, Esq.
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, New York 11556-0626
(516) 522-2621

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

*Attorneys for Plaintiffs*