UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DAN SHAKED,
Individually and on behalf of a class,

                    Plaintiffs,

         -against-

WACHOVIA BANK, N.A.,

                  Defendant.
------------------------------------------------------------------- x

08-CV-6984 (SCR)(LMS)
ECF Case

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Wachovia Bank, National Association is a wholly-owned subsidiary of Wachovia Corporation, a publicly traded corporation listed on the New York Stock Exchange under the symbol WB.

      No publicly held corporations own 10% or more of Wachovia Corporation stock.

Dated: New York, New York
       August 26, 2008

                           HUNTON & WILLIAMS LLP

                  By: _____
                         Shawn Patrick Regan
                         200 Park Avenue, 52nd Floor
                         New York, New York 10166
                         (212) 309-1000
                         sregan@hunton.com

                         -and-

                         Patrick L. Robson
                         HUNTON & WILLIAMS LLP
                         Bank of America Plaza
                         101 S. Tyson Street, Suite 3500
                         Charlotte, North Carolina 28280
                         (704) 378-4700
                         probson@hunton.com

                         *Attorneys for Defendant Wachovia Bank, National Association*

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Wachovia Bank, National Association.

That on August 26, 2008, I served a true copy of the attached Rule 7.1 Disclosure Statement on counsel of record listed below via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008.

Raymond E. Galbraith

TO:  Abraham Kleinman, Esq.
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, New York  11556-0626
(516) 522-2621

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200

*Attorneys for Plaintiffs*