UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DAN SHAKED,
Individually and on behalf of a class,

                    Plaintiff,

          -against-

WACHOVIA BANK, N.A.,

                    Defendant.
---------------------------------------------------------------x

08 CV 6984 (SCR)(LMS)
ECF Case

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time within which Defendant Wachovia Bank, National Association shall answer, move with respect to, or otherwise respond to the complaint in this action is extended to and including September 26, 2008.

Dated: New York, New York
       August 26, 2008

KLEINMAN LLC

By: _____
    Abraham Kleinman (AK-6300)

626 RexCorp Plaza
Uniondale, New York 11556-0626
(516) 522-2621

*Counsel for Plaintiff*

HUNTON & WILLIAMS LLP

By: _____
    Shawn Patrick Regan
    Patrick L. Robson

200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000

*Attorneys for Defendant Wachovia Bank,*
*National Association*

Date: August 29, 2008
White Plains, NY

SO ORDERED:

_____
Honorable Stephen C. Robinson, U.S.D.J.